### ZINWELL CO. v. ADAMS et al.

(Supreme Court, Appellate Term, First Department. December 18, 1913.)

LANDLORD AND TENANT (§ 228*)—RENT—ACTIONS.

Where assignees of a lease, who had assumed the performance of its covenants, assigned the lease to persons who executed a similar assumption, the lessor could sue both the original and subsequent assignees simultaneously, though it could have but one satisfaction.

[Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. §§ 894–903; Dec. Dig. § 228.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by the Zinwell Company against George Adams and another. From a judgment for defendants upon a trial without a jury, plaintiff appeals. Reversed, and new trial ordered.

Argued November term, 1913, before LEHMAN, PAGE, and WHITAKER, JJ.

Hays, Hershfield & Wolf, of New York City (Daniel P. Hays and Beno B. Gattell, both of New York City, of counsel), for appellant.

Groehl, Weiss & Neuwirth, of New York City (John J. Weiss and Henry C. Neuwirth, both of New York City, of counsel), for respondents.

PAGE, J. This action was brought upon an assignment, with an assumption agreement of the covenants of the lease, discussed in Zinwell Co. v. Ilkovitz, 144 N. Y. Supp. 815, decided herewith, to recover the same months' rent. The landlord may simultaneously pursue his

remedy against these defendants and their assignors, although, of course, he can have but one satisfaction.

For the reasons assigned in the opinion in Zinwell Co. v. Ilkovitz, this judgment must be reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.